IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR 18-81-GF-BMM** |
| Plaintiff, | |
| vs. | ORDER |
| LARRY RAY DENNY JR., | |
| Defendant. | |

Upon the motion of the United States, and for good cause shown,

IT IS ORDERED that the United States' Motion to Seal Exhibits B (Doc. 65-3) and C (Doc. 65-4) to United States' Motion to Revoke (Doc. 65), filed May 9, 2019, is GRANTED.

The Clerk of Court is directed to file Exhibits B (Doc. 65-3) and C (Doc. 65-4) under seal.

DATED this 10th day of May, 2019.

Brian Morris
United States District Court Judge